UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
NORTHERN DIVISION
(at Covington)

| | | |
|---|---|---|
| SHIRLEY THOMAS, et al., | ) | |
| Plaintiffs, | ) ) ) | Civil Action No. 2: 15-118-DCR |
| V. | ) ) | |
| MCKESSON CORP., et al., | ) ) | **JUDGMENT** |
| Defendants. | ) ) | |

\*\*\*   \*\*\*   \*\*\*   \*\*\*

In accordance with the Orders dismissing all claims against all defendants in this action, and pursuant to Rule 58 of the Federal Rules of Civil Procedure, it is hereby

**ORDERED** and **ADJUDGED** as follows:

1. Judgment is entered in favor of Defendants McKesson Corporation [Record Nos. 117, 122]; Eli Lilly and Company [Record Nos. 114, 117, 120]; aaiPharma Inc., aaiPharma LLC, AAI Development Services, Inc., NeoSan Pharmaceuticals, Inc. [Record No. 117]; Xanodyne Pharmaceuticals, Inc. [Record Nos. 112, 113]; Qualitest Pharmaceuticals, Inc., Vintage Pharmaceuticals, Inc., Propst Distribution, Inc., Brenn Distribution, Inc., Brenn Manufacturing, Inc., Vintage Pharmaceuticals, LLC, Generics International (US), Inc., Generics Bidco I, LLC, Generics Bidco II, LLC, Generics International (US PARENT), Inc., Endo Pharmaceuticals, Inc., Endo Pharmaceutical Holdings, Inc. [Record Nos. 117, 118]; Cornerstone BioPharma, Inc., Cornerstone BioPharma Holdings, Inc. [Record Nos. 117, 125]; Teva Biopharmaceuticals, Inc., Teva Pharmaceuticals USA, Inc. [Record Nos. 117, 121]; Mylan Pharmaceuticals, Inc., Mylan Inc. [Record Nos. 117, 124]; Covidien PLC [Record Nos.

117, 135]; Covidien, Inc., Mallinckrodt Inc. [Record Nos. 117, 123]; Watson Pharmaceutical, Inc. [Record Nos. 117, 126]; and John Does 1 through 50, inclusive.

2. All claims against Defendants Eli Lilly and Company, Qualitest Pharmaceuticals, Inc., Vintage Pharmaceuticals, Inc., Propst Distribution, Inc., Brenn Distribution, Inc., Brenn Manufacturing, Inc., Vintage Pharmaceuticals, LLC, Generics International (US), Inc., Generics Bidco I, LLC, Generics Bidco II, LLC, Generics International (US PARENT), Inc., Endo Pharmaceuticals, Inc., and Endo Pharmaceutical Holdings, Inc. were dismissed with prejudice.

3. All claims against Defendant McKesson Corporation were dismissed with prejudice except for the claim of Plaintiff Tammy Shore, which was dismissed without prejudice. [Record No. 132]

4. The claims of Plaintiffs Barbara L. Clark, Barbara McKiski, Kenneth McKiski, Elizabeth Pierce, Glenys Ramer, Rocky Ramer, James Ross, Eddie Sheppard, William Sheppard, Anthony Sherry, Margaret Sherry, Mark D. Shore, Tammy Shore, Linda Simons, Thomas Simons, Anetra Snyder, Shirley Thomas, Marie Thorpe, Linda Wood, Thomas Wood against Defendants aaiPharma Inc., aaiPharma LLC, AAI Development Services, Inc., NeoSan Pharmaceuticals, Inc., Cornerstone BioPharma, Inc., Cornerstone BioPharma Holdings, Inc., Teva Biopharmaceuticals, Inc., Teva Pharmaceuticals USA, Inc., Mylan Pharmaceuticals, Inc., Mylan Inc., Covidien PLC, Covidien, Inc., Mallinckrodt Inc. and Watson Pharmaceutical, Inc. were dismissed without prejudice. [Record Nos. 121, 123, 124, 125, 126, 135, 139] All other claims against these defendants were dismissed with prejudice.

5.     All claims against Xanodyne Pharmaceuticals, Inc. were dismissed with prejudice except the claims of Plaintiffs William Sheppard and Shirley Thomas, which were dismissed without prejudice. [Record No. 128]

6.     This matter is **DISMISSED** and **STRICKEN** from the Court's docket.

This 6th day of October, 2016.

Signed By:
*Danny C. Reeves*   DCR
United States District Judge